UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>JOHNNY DALE MARCUM,<br>    Defendant. | CRIMINAL NO. 6:10-53-KKC-HAI-3<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a recommended disposition in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 332). No party has filed objections to the recommendation, but the defendant has not waived his right to appear before the district judge to make a statement and present mitigating information.

Accordingly, the Court hereby ORDERS that the Report and Recommendation (DE 332) is ADOPTED as the Court's opinion. The Court further orders as follows:

1) this matter is set for an **ALLOCUTION HEARING** on **MONDAY, FEBRUARY 13, 2023 at 2:00 p.m**. at the U.S. District Courthouse, Lexington, Kentucky;

2) if Marcum does not wish to appear before the Court at an Allocution Hearing, he MUST FILE on or before **FEBRUARY 8, 2023**, a waiver of his allocution rights;

3) if Marcum files an allocution of his waiver rights, the Court will cancel the hearing and enter a judgment consistent with the Report and Recommendation.

This 24th day of January, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY